

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00407-CR

| | | |
|---|---|---|
| The State of Texas | § | From the 271st District Court |
| | § | of Wise County (CR17613) |
| | § | August 4, 2016 |
| v. | § | Opinion by Chief Justice Livingston |
| | § | Dissent by Justice Dauphinot |
| | § | Concurrence by Justice Sudderth |
| Frank Empey | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order granting appellee's motion to dismiss the indictment is reversed, and we remand this case to the trial court for further proceedings.

It is further ordered that the State of Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
Chief Justice Terrie Livingston